IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 10-0174-WS |
| ) | |
| LARRY LEVERN JONES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the defendant's motion to proceed on appeal in forma pauperis. (Doc. 44). The Magistrate Judge has entered a report and recommendation ("R&R") that the motion be denied. (Doc. 45). The R&R is **adopted** as the opinion of the Court, and the defendant's motion is **denied**.

Pursuant to Federal Rule of Appellate Procedure 24(a)(5), the defendant may file with the Eleventh Circuit a motion to proceed on appeal in forma pauperis. Should the defendant elect to do so, he is advised to comply with all requirements of Rule 24(a), including submission of an affidavit "stat[ing] the issues that the party intends to present on appeal." *Id*. Rule 24(a)(1)(C).

DONE and ORDERED this 11th day of July, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE